UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE AMATRUDA,<br>　　　　Plaintiff,<br>　　v.<br>WERNER (FID) CO., INC., et al.,<br>　　　　Defendants. | Case No. 19-cv-05446-PJH<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR LEAVE TO REQUEST SUPPLEMENTAL JUDICIAL NOTICE**<br><br>Re: Dkt. No. 37 |

　　The court is in receipt of plaintiff's "Administrative Motion for Leave to Request Supplemental Judicial Notice in Response to Defendant Werner's Newly Submitted Reply Arguments and Evidence." (Dkt. 37). The court hereby GRANTS plaintiff's administrative motion as unopposed. The court will consider plaintiff's underlying request for supplemental judicial notice (Dkt. 37-3) in its resolution of defendants' motions to dismiss.

**IT IS SO ORDERED.**

Dated: January 10, 2020

　　　　　　　　　　　　　　　　/s/ Phyllis J. Hamilton
　　　　　　　　　　　　　　　　PHYLLIS J. HAMILTON
　　　　　　　　　　　　　　　　United States District Judge